LOS ANGELES INVESTMENT SECURITIES CORPORATION, Respondent, *v.* ALICE W. JOSLYN et al., Appellants.

Argued November 29, 1938; decided January 3, 1939.

*Robert E. Whalen* for Alice W. Joslyn et al., appellants.
*Richard P. White, Jr.,* for Elsie E. Middendorff et al., appellants.
*Frederic R. Sanborn* for John Doane, appellant.
*Frank L. Wiswall* and *Carl O. Olson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.